IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFFLUENT ADS, LLC, | : |
| | : |
| Plaintiff, | : Civ. A. No: _____ |
| | : |
| v. | : |
| | : |
| JOVAN CAPUTO, PHILLIP LYNCH, and ADTELLIGENT MEDIA, LLC, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Affluent Ads, LLC ("Affluent Ads," "Plaintiff," or the "Company"), by and through its undersigned counsel, hereby moves the Court for an Order granting Affluent Ads' Motion for Expedited Discovery. In support of its Motion, Plaintiff relies on the accompanying Memorandum of Law, Complaint, Memorandum of Law in support of its Motion for a Temporary Restraining Order and Preliminary Injunction, and supporting Exhibits and Declaration thereto.

Respectfully submitted,

July 21, 2016

/s/ Jonathan S. Krause _____
Jonathan S. Krause, Esq.
KLEHR HARRISON
HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
ph (215) 569-4496
fax (215) 568-6603
jkrause@klehr.com

Counsel for Plaintiff
Affluent Ads, LLC

PHIL1 5572771

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion for Expedited Discovery, Memorandum of Law in Support Thereof, and Proposed Order was served upon the below on this date by FedEx and email:

| | |
|---|---|
| Jovan Caputo | Phillip Lynch |
| 78 Ketewamoke Ave. | 141-08 Rockaway Beach Blvd. |
| Babylon, NY 11702 | Belle Harbor, NY 11694 |
| jovancaputo@gmail.com | ptlynch8223@hotmail.com |

Adtelligent Media, LLC
c/o Phillip Lynch
92 Broadway, Suite 4
Amityville, NY 11701
ptlynch8223@hotmail.com


Dated: July 21, 2016                             /s/ Jonathan S. Krause_____
                                                 Jonathan S. Krause