**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| AFFLUENT ADS, LLC, | : | No. 2:16-cv-03930-CMR |
| | : | |
| *Plaintiff,* | : | |
| v. | : | CIVIL ACTION |
| | : | |
| JOVAN CAPUTO, PHILLIP LYNCH, and | : | (Hon. Cynthia M. Rufe, U.S.D.J.) |
| ADTELLIGENT MEDIA, LLC, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter my appearance on behalf of defendants **Jovan Caputo**, **Phillip Lynch,** and

**AdTelligent Media, LLC** in the matter captioned above.

Respectfully,

Dated:  July 22, 2016                    /s/ JEFFREY S. FELDMAN
Jeffrey S. Feldman, Esq.
Pa. Atty. I.D. No. 80352
FRIEDMAN SCHUMAN, P.C.
101 Greenwood Avenue, 5th Floor
Jenkintown, PA  19046-2636
Tel: 215-690-3824 ; Fax: 215-635-7212
Email: jfeldman@fsalaw.com

*Counsel for defendants*