**CERTIFICATE OF SERVICE**

     I hereby certify that on this date a copy of the foregoing Entry of Appearance was caused to be served on all counsel of record by CM/ECF.

| | |
|---|---|
| Dated: <u>July 22, 2016</u> | /s/ JEFFREY S. FELDMAN<br>Jeffrey S. Feldman, Esq.<br>Pa. Atty. I.D. No. 80352<br>FRIEDMAN SCHUMAN, P.C.<br>101 Greenwood Avenue, 5th Floor<br>Jenkintown, PA  19046-2636<br>Tel: 215-690-3824 ; Fax: 215-635-7212<br>Email: jfeldman@fsalaw.com<br><br>*Counsel for defendants* |