APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFFLUENT ADS, LLC | : |
| | : |
| V. | :  Civil Action |
| | :  No: 2:16-CV-03930-CMR |
| JOVAN CAPUTO, PHILIP LYNCH, | : |
| and ADTELLIGENT MEDIA, LLC | : |

DISCLOSURE STATEMENT FORM

Please check one box:

☑ The nongovernmental corporate party, Defendant Adtelligent Media, LLC , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

July 28, 2016                                         /s/ Jeffrey S. Feldman, Esq.
_____                    _____
        Date                                                        Signature

                    Counsel for:  Defendants Jovan Caputo, Philip Lynch & Adtelligent Media, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)  identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or
   (2)  states that there is no such corporation.

(b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
   (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)  promptly file a supplemental statement if any required information changes.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date shown below, a copy of a Disclosure Statement Form Pursuant to Fed. R. Civ. P. 7.1 completed by Defendant Adtelligent Media, LLC was filed of record with the Court's CM/ECF system and was served on counsel of record via the Court's ECF system.

Date: July 28, 2016      By:    /s/ JEFFREY S. FELDMAN
                                     Jeffrey S. Feldman, Esq.
                                     Pa. Atty. I.D. No. 80352
                                     **FRIEDMAN SCHUMAN, P.C.**
                                     101 Greenwood Avenue, 5th Floor
                                     Jenkintown, PA 19046-2636
                                     Tel: 215-690-3824; Fax: 215-635-7212
                                     E-mail: jfeldman@fsalaw.com

*Counsel for Defendants Jovan Caputo, Philip Lynch and Adtelligent Media, LLC*